IH-32 Rev: 2014-1

# United States District Court
for the
## Southern District of New York
### Related Case Statement

---

**Full Caption of Later Filed Case:**

NITA JAIN,
*individually and on behalf of
all others similarly situated*,

      Plaintiff

vs.

NURTURE, INC.,
*d/b/a Happy Family Brands*,

      Defendant

Case Number

1:21-cv-01473

**Full Caption of Earlier Filed Case:**

(including in bankruptcy appeals the relevant adversary proceeding)

NICOLE STEWART, SHANNON FITZGERALD and SUMMER APICELLA, on behalf of themselves and all others similarly situated,

      Plaintiff

vs.

NURTURE, INC.,

      Defendant

Case Number

1:21-cv-01217-MKV

IH-32                                                                                                           Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Complaint was filed on February 10, 2021 - no further substantive activity in this case to date.

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Both cases involve common questions of law or fact, specifically, the cases both name Nurture, Inc. as the Defendant, arise from the same events and assert overlapping claims and putative Classes.

Signature:  /s/ Gary E. Mason                              Date:  02/18/2021

Firm:       Mason Lietz & Klinger LLP