

| | | |
|---|---|---|
| Donovan Worden, Sr. (1892 – 1967) | Ronald A. Bender | Dana L. Hupp |
| Donovan Worden, Jr. (1918 – 2001) | Martin S. King | Martin Rogers |
| Jeremy G. Thane (1927 – 2016) | Sean M. Morris | Brand G. Boyar |
| | Reid J. Perkins | Natalie L. Black |
| | William E. McCarthy | Elizabeth W. Erickson |
| | Amy M. Scott Smith | Jennifer Shannon |
| | Jesse C. Kodadek | Dillon Kato |
| | Chris A. Johnson (MT,WA) | Erika D. Colstad |

May 25, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/25/2022

*Via ECF*
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, NY 10007-1317

    Re:    *Williams v. Nurture, Inc. et. al*, 1:21-cv-06918-MKV
           Related case: *In re Nurture Baby Food Litigation*, 1:21-cv-01217-MKV
           This Document Relates to: All Actions
           **Motion to Appear via Video**

Dear Judge Vyskocil,

I am writing to request that counsel for Plaintiff Caitlin Williams be allowed to appear by video at the hearing for oral argument on Plaintiffs' Motion to Appoint Interim Lead Counsel, Interim Liason Counsel, and Interim Executive Committee, set for June 14, 2022 at 12:00 p.m. If the Court would prefer, counsel could also appear telephonically.

Williams' counsel is not requesting appointment to any of the above-referenced positions, nor has Williams filed any motions regarding the appointment of those positions. Accordingly, no parties would be prejudiced if this motion is granted. Thank you for your attention to this matter.

                                  Respectfully Submitted,

                                  /s/ Martin Rogers
                                  Martin Rogers
                                  Worden Thane, P.C.
                                  *Attorneys for Plaintiff Caitlin Williams*

---

**GRANTED IN PART.** The Court will separately provide counsel with the dial-in information for the hearing. **SO ORDERED.**

Date:  5/25/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge