**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re NURTURE BABY FOOD LITIGATION**<br><br>This document relates to:<br>ALL ACTIONS | Master File No. 1:21-cv-01217-MKV<br><br>Hon. Mary Kay Vyskocil |

### STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF SUSAN RAY LAWSON'S CLAIMS AGAINST NURTURE, LLC

Plaintiff Susan Ray Lawson ("Plaintiff Lawson") and Defendant Nurture, LLC ("Nurture") (collectively the "Parties"), hereby stipulate as follows:

**WHEREAS**, Plaintiff Lawson is a putative named plaintiff in the above-captioned putative class action lawsuit (the "Action");

**WHEREAS**, Nurture has served an Answer to Plaintiffs' First Amended Consolidated Class Action Complaint, *see* ECF No. 272;

**WHEREAS**, the Court has not certified a class in the Action, such that Fed. R. Civ. P. 23(e) does not apply;

**WHEREAS**, as a result of personal matters, Plaintiff Lawson no longer is able to serve as a named plaintiff and respectfully requests to have her claims dismissed, with prejudice, from this Action;

**WHEREAS**, the Parties met and conferred concerning Plaintiff Lawson's voluntary dismissal with prejudice from this Action, and Nurture has consented to her voluntary dismissal with prejudice;

**WHEREAS**, the other Parties to have appeared in this Action, including named Plaintiffs

Charlotte Willoughby, Laura Barbu, Hilary Paris, Kelly McKeon, Marie Mezile, Diego Galeana, Chey'Na Micciche, consent to Plaintiff Lawson's voluntary dismissal from this Action with prejudice; and

**WHEREAS**, neither Plaintiff Lawson, nor Plaintiffs' counsel, has received any consideration in exchange for this stipulation of voluntary dismissal.

**THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:

1.     Plaintiff Lawson is dismissed as a named plaintiff in the Action, and her claims are dismissed with prejudice, effective as of the date of this Stipulation; and

2.     Each party shall bear their own costs and fees, including attorneys' fees, relating to this dismissal.

Dated:  October 14, 2025                     Respectfully stipulated to and submitted by,

**DLA PIPER LLP (US)**                  **GEORGE FELDMAN MCDONALD, PLLC**

By:  s/ Angela C. Agrusa               By:  s/ Lori G. Feldman
Angela C. Agrusa                       Lori G. Feldman, Esq. (admitted in SDNY)
2000 Avenue of the Stars, Suite 400    102 Half Moon Bay Drive
Los Angeles, CA 90067                  Croton-on-Hudson, NY 10520
(310) 500-3591                         Telephone: (917) 983-9321
angela.agrusa@us.dlapiper.com          Facsimile: (888) 421-4173
                                       E-Mail:lfeldman@4-justice.com
Colleen Carey Gulliver                 E-Service:eService@4-justice.com
Connor Rowinski
1251 Avenue of the Americas, 27th Floor
New York, NY 10020                     By:  s/ Rebecca A. Peterson
(212) 335-4500                         Rebecca A. Peterson (*Pro Hac Vice*)
colleen.gulliver@us.dlapiper.com       1650 W. 82nd Street, Suite 880
connor.rowinski@us.dlapiper.com        Bloomington, MN 55431
                                       Telephone: (612) 778-9595
*Counsel for Defendant Nurture, LLC*   E-Mail: rpeterson@4-justice.com

                                       *Plaintiffs' Interim Co-Lead Counsel*

## <u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on this 14th day of October, 2025, I electronically filed the foregoing STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF SUSAN RAY LAWSON'S CLAIMS AGAINST NURTURE, LLC with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

 */s/ Rebecca  A. Peterson*
Rebecca A.  Peterson

*Plaintiffs' Interim Co-Lead Counsel*